# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREL WAYNE WIMBLEY,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71556

**FILED**

DEC 09 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant filed a notice of appeal on October 17, 2016. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Eric Johnson, District Judge
       Darrel Wayne Wimbley
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Clark County Public Defender

SUPREME COURT
OF
NEVAOA

(O) 1947A

16-38251